1 | Mark P. Robinson, Jr., SBN 054426
2 | Carlos A. Prietto, III, SBN 166410
  | Ted B. Wacker, SBN 157416
3 | ROBINSON, CALCAGNIE & ROBINSON
  | 620 Newport Center Drive, 7th Floor
4 | Newport Beach, CA 92660
  | 949-720-1288
5 | 949-720-1292 Fax

6 | Attorneys for Plaintiffs
  | ROY KACKLEY AND
7 | PHYLLIS KACKLEY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. M 05-CV-1699-CRB<br><br>MDL No. 1699<br><br>JUDGE BREYER |
| This document relates to:<br><br>ROY KACKLEY AND PHYLLIS KACKLEY<br><br>Individual Case No. C 05-5432 CRB | STIPULATION AND ORDER OF DISMISSAL ONLY AS TO CASE NUMBER 05-6331 SJO, ORIGINALLY FILED IN THE CENTRAL DISTRICT OF CALIFORNIA |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiffs and counsel for Defendants that the Complaint of Plaintiffs, Roy Kackley and Phyllis Kackley, originally filed in the Central District of California, Case Number CV 05-6331 SJO, and later transferred to the MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Products Liability Litigation*, with the assigned individual case number C 05-5432 CRB, may be and is hereby dismissed without prejudice.

1  The parties hereby stipulate that should Plaintiffs ever re-file Plaintiffs' claim,
2  Plaintiffs will only re-file in Federal Court.
3  The parties shall each bear their own costs.

Dated: August 31, 2006          ROBINSON, CALCAGNIE & ROBINSON

_____
Mark P. Robinson, Jr., SBN054426
mrobinson@rcrlaw.net
Carlos A. Prietto, III, SBN 166410
cprietto@rcrlaw.net
Ted B. Wacker, SBN 157416
twacker@rcrlaw.net
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: (949) 720-1288
Fax: (949) 720-1292

-AND-

Samuel M. Wendt, MO #53573
David Peterson, MO #32229
PETERSON & ASSOCIATES, P.C.
801 West 47th Street, Suite 107
Kansas City, MO 64112-1253
Telephone: (816) 531-4440
Fax: (816) 531-0660

*Counsel for Plaintiffs*
ROY KACKLEY AND PHYLLIS KACKLEY

Dated: September 1, 2006          GORDON & REES

_____
Stuart M. Gordon, Esq.
sgordon@gordonrees.com
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111
Telephone: (415) 986-5900
Fax: (415) 986-8054

*Defendants' Liaison Counsel*

Sept. 6, 2006

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA